Marc Bernard ROSE, Petitioner—
Appellant,

v.

Mel HUNTER, Respondent—Appellee.

No. 03–15069.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 16, 2004.

Decided Aug. 17, 2004.

Erik G. Babcock, Esq., Attorney at Law, Oakland, CA, for Petitioner–Appellant.

Marc Bernard Rose, Atascadero, CA, pro se.

Christopher J. Wei, DAG, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: GOODWIN, CANBY, and TALLMAN, Circuit Judges.

MEMORANDUM *

For the reasons set forth in *Hubbart v. Knapp,* 379 F.3d 773 (9th Cir.2004), Appellant's claims for habeas corpus relief are not moot. The district court's dismissal of Appellant's petition is

**REVERSED and REMANDED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.